No. 98–708. IN RE STAFNE. Motion of Center for Judicial Accountability for leave to file a brief as *amicus curiae* granted. Petition for writ of mandamus denied.

No. 98–6484. IN RE BAZUA-AVILES. Petition for writ of mandamus and/or prohibition denied.

No. 98–536. OLMSTEAD, COMMISSIONER, GEORGIA DEPARTMENT OF HUMAN RESOURCES, ET AL. *v.* L. C., BY ZIMRING, GUARDIAN AD LITEM AND NEXT FRIEND, ET AL. C. A. 11th Cir. Certiorari granted.

No. 98–370. SEAGATE TECHNOLOGY, INC. *v.* BEAIRD ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–390. DEPAEPE, EXECUTOR OF THE ESTATE OF DE-PAEPE *v.* GENERAL MOTORS CORP. C. A. 7th Cir. Certiorari denied.

No. 98–419. CHRISTOPHER *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–439. KIRSH ET VIR *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–472. GREATER NEW ORLEANS EXPRESSWAY COMMISSION ET AL. *v.* PENDERGRASS. C. A. 5th Cir. Certiorari denied.

No. 98–505. MATHEWS *v.* SEARS PENSION PLAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–520. PALM, INDIVIDUALLY AND AS SURVIVING PARENT OF PALM, DECEASED *v.* LAS VEGAS METROPOLITAN POLICE DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–578. COLSTON ET AL. *v.* BARNHART. C. A. 5th Cir. Certiorari denied.